IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| STORM CAT ENERGY (USA) CORPORATION, | ) Case No. 08-27887 ABC ) Chapter 11 |
| | ) |
| Debtor. | ) |
| In re: | ) |
| | ) Case No. 08-27894 ABC |
| STORM CAT ENERGY (USA) OPERATING CORPORATION, | ) Chapter 11 ) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Case No. 08-27898 ABC |
| STORM CAT ENERGY (POWDER RIVER) LLC; | ) Chapter 11 ) |
| | ) |
| Debtor. | ) |
| In re: | ) |
| | ) Case No. 08-27901 ABC |
| STORM CAT ENERGY (ALASKA) LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Case No. 08-27905 ABC |
| STORM CAT ENERGY (FAYETTEVILLE) LLC, | ) Chapter 11 ) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Case No. 08-27909 ABC |
| TRIPLE CROWN GATHERING CORPORATION, | ) Chapter 11 ) |
| | ) **Jointly Administered Under** |
| Debtor. | ) **Case No. 08-27887 ABC** |

## ORDER GRANTING
## MOTION TO APPROVE SETTLEMENT AGREEMENT
### (Netherland Sewell & Associates, Inc.)

DOCS-#3563693-v1

THIS MATTER is before the Court on the Motion to Approve Settlement Agreement (Netherland Sewell & Associates, Inc.) (the "Motion"), filed by Storm Cat Energy (USA) Corporation, Storm Cat Energy (Alaska), LLC, Storm Cat Energy (Powder River), LLC, Storm Cat Energy (Fayetteville), LLC), Triple Crown Gathering Corporation, Storm Cat Energy (USA) Operating Corporation (together, the "Debtors"), in the above-captioned case. The Court has reviewed the Motion and the file in this matter and is otherwise advised. It is hereby

ORDERED that the Debtors' Motion is GRANTED;

IT IS FURTHER ORDERED that the Settlement Agreement between the Debtors and Netherland Sewell & Associates, Inc., attached to the Debtors' Motion as Exhibit A, is APPROVED.

Dated this _10_ day of _November_, 2011.

BY THE COURT:

_____
United States Bankruptcy Judge